

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00049-CV

## IN THE INTEREST OF J.B.J., J.M.J., AND J.I.J., CHILDREN

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2019-1730-4**

## ABATEMENT ORDER

On August 4, 2021, this Court abated this proceeding to the trial court for the trial court to enter written findings of fact and conclusions of law within fourteen days. We reinstate this proceeding for the purpose of entry of this Order.

The clerk of the trial court has informed the Court that the trial court has not signed or entered the required findings and conclusions pursuant to this Court's order. We again abate this proceeding to the trial court for findings of fact and conclusions of law pursuant to the rules of civil procedure. TEX. R. CIV. PROC. 296, et seq.

This Court orders the trial court to sign and deliver to the trial court clerk its findings of fact and conclusions of law within 14 days of the date of the issuance of this Order. The trial court clerk is ordered to file a supplemental clerk's record with the Clerk

of this Court within 7 days after the findings and conclusions are received from the trial court.

The parties are ordered to assist the trial court to any degree necessary to ensure the timely entry of the findings and conclusions.


PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Motion granted
Abatement Order delivered and issued September 29, 2021
RWR

